# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

IN RE: RUBEN SILVA GUTIERREZ
4542 PHILADELPHIA
CHINO, CA 91710

IN THE MATTER OF:
RUBEN SILVA GUTIERREZ
4542 PHILADELPHIA
CHINO, CA 91710

DATE: 9/5/2019
Case No. 6:19-bk-14559-WJ

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CREDITOR CLASS | TEE CLM# |
|---|---|---|---|---|---|---|
|  | RICHARD M ZELMA | $35,000.00 | NOT FILED |  | UNSECURED | 1 |
|  | RUBEN ESCARENO | $55,295.00 | NOT FILED |  | UNSECURED | 2 |
| 05 | PORTFOLIO RECOVERY A | $810.00 | $932.60 | 1620 | UNSECURED | 3 |
| 01 | LAST CHANCE FUNDING, | $10,430.00 | $6,273.25 |  | UNSECURED | 4 |
| 06 | ROYAL PACIFIC FUNDIN | $438,796.00 | PAID OUTSIDE | 4576 | SECURED | 7 |
| 02 | SANTANDER CONSUMER U | $7,429.00 | $565.69 | 1029 | VEHICLE ARREARS | 8 |
|  | BANKRUPTCY LAW PROFE | NOT SCHEDULED | $3,000.00 |  | ATTORNEY FEE - WJ | 9 |
|  | TOTAL: | $572,363.00 | $471,114.55 |  |  |  |

IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "PAID OUTSIDE" OR "NOTICE ONLY."

_Rod Oal_
Rod Danielson, Chapter 13 Trustee

### DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated: 9/5/2019

SHAMEKA CHAMBERS
Type or Print Name

_Shameka Chambers_
SHAMEKA CHAMBERS

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:19-bk-14559-WJ**

PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

| | |
|---|---|
| RUBEN SILVA GUTIERREZ<br>4542 PHILADELPHIA<br>CHINO, CA  91710 | BANKRUPTCY LAW PROFESSIONALS<br>601 PARKCENTER DRIVE, STE 105<br>SANTA ANA, CA  92705 |

Executed on 9/5/2019 at Riverside, California.

SHAMEKA CHAMBERS
Type or Print Name

Shameka Chambers