BRIAN J. SOO-HOO, ESQ. (SBN: 228298)
BANKRUPTCY LAW PROFESSIONALS
601 Park Center Drive, Suite 105
Santa Ana, CA 92705
Tel: (714) 589-2252
Fax: (714) 589-2254

Attorney for: Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE

| | |
|---|---|
| IN RE<br><br>RUBEN SILVA GUTIERREZ,<br><br><br><br><br>Debtor | CASE NO.: 6:19-bk-14559-WJ<br>**CHAPTER 7**<br><br>**DECLARATION OF DEBTOR**<br><br><br>Date:   September 27, 2019<br>Time:  09:15 AM<br>Place:  Courtroom 304<br>            3420 Twelfth Street<br>            Riverside, CA 92501 |

1. I, Ruben Silva Gutierrez, declare that if called as a witness I have personal knowledge of each of the facts as set forth in this Declaration, and if called upon to do so, I would and could competently testify thereto, except as to those matters which I state my knowledge is based upon information and belief only. As to all of the aforementioned items, I believe each of them to be true.

2. On September 4, 2019 at 10:00 AM in the above-mentioned Court there was a Status Conference hearing scheduled for my current Chapter 13 Bankruptcy Proceeding.

3. Due to a miscommunication I did not appear to the Status Hearing on September 4, 2019. I misunderstood and believed that my appearance was not required.

4. It was not my intent to purposefully miss the status hearing.

5. I am fully aware of my requirement to appear at the Status Hearing that is now scheduled for September 27, 2019 at 9:15a.m. I will be present at the hearing in order to avoid a dismissal of my case.

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this __13__ day of September, 2019 at Santa Ana, California.

_____
RUBEN SILVA GUTIERREZ

DECLARATION OF DEBTOR, RUBEN SILVA GUTIERREZ

| In re: | | CHAPTER: **13** |
|---|---|---|
| **Ruben Silva Gutierrez** | Debtor(s). | CASE NUMBER: **6:19-bk-14559** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
601 Parkcenter Drive, Ste. 105
Santa Ana, CA 92705-3543

A true and correct copy of the foregoing document entitled (specify): **Declaration of Debtor** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **09/18/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Rod Danielson (TR)** :notice-efile@rodan13.com

**Sean C Ferry** on behalf of Creditor PHH Mortgage Corporation: sferry@rasflaw.com, sferry@ecf.courtdrive.com

**Rejoy Nalkara** on behalf of Creditor Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP: rejoy.nalkara@americaninfosource.com

**Valerie Smith** on behalf of Interested Party Courtesy NEF: claims@recoverycorp.com

**United States Trustee (RS)**: ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **09/18/2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Judge Wayne Johnson
U.S. Bankruptcy Court, Central
3420 Twelfth Street, Ste 384, Crtrm 304
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/18/2019 | Bianca Ruiz | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**9013-3.1.PROOF.SERVICE**