# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Friday, September 27, 2019**　　　　　　　　　　　　　　　　　　　　**Hearing Room　304**

9:15 AM
**6:19-14559　Ruben Silva Gutierrez**　　　　　　　　　　　　　　　　　**Chapter 13**

#19.00　Hrg re order to show cause regardng why this bankruptcy case should not be dismissed

Docket　0

**Matter Notes:**

PRESENT:

Counsel for the Debtor(s):

_R. GUTIERREZ_

_J. ANDREW_

— OFF CALENDAR —

( )　Vacated. Matter is moot due to dismissal or conversion of case.

( )　Continued to _____.

( )　Prevailing party shall prepare an order.

( )　Chambers shall prepare an order.

**Tentative Ruling:**

- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Ruben Silva Gutierrez　　　　　　　Represented By
　　　　　　　　　　　　　　　　　Brian J Soo-Hoo

**Trustee(s):**

Rod Danielson (TR)　　　　　　　　Pro Se

## United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Wayne Johnson, Presiding
### Courtroom 304 Calendar

| | |
|---|---|
| **Friday, September 27, 2019** | **Hearing Room   304** |

<u>9:15 AM</u>
**CONT...**     **Ruben Silva Gutierrez**                                                                    **Chapter 13**